UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GUIDO ANDRES ALEXANDER CUELLAR BATRES,<br><br>Defendant | Criminal No.  25cr10304<br><br>Violation:<br><br>Count One: Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering With a Federal Officer or Employee<br>(18 U.S.C. § 111(a)(1)) |

## INDICTMENT

### COUNT ONE
Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering
With a Federal Officer or Employee
(18 U.S.C. § 111(a)(1))

The Grand Jury charges:

On or about June 4, 2025, in the District of Massachusetts, the defendant,

GUIDO ANDRES ALEXANDER CUELLAR BATRES,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated under 18 U.S.C. § 1114, that is, an Immigration and Customs Enforcement Deportation Officer, while the Deportation Officer was engaged in and on account of the performance of official duties, and where such acts involved contact with the Deportation Officer.

All in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

_____
FOREPERSON

_____
ROBERT E. RICHARDSON
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: JULY 17, 2025
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

12:36

2