**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____

**Category No.** II     **Investigating Agency** ICE-ERO

**City** Marlborough

**County** Middlesex

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number 25-mj-4308-DHH
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes   ☑ No

**Defendant Name** Guido Andres Alexander Cuellar Batres     **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** _____

**Birth date (Yr only):** 2001   **SSN (last 4#):** ____   **Sex:** M   **Race:** ____   **Nationality:** Guatemala

**Defense Counsel if known:** Charles E. Dolan, Esq.    **Address:** 265 State Street, Springfield, MA 01103

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Robert E. Richardson    **Bar Number if applicable:** _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** Plymouth County Correctional Facility

**Arrest Date:** 05/04/2025

☑ Already in Federal Custody as of 6/17/2025 in Custody of U.S. Marshal

☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 7/21/2025    **Signature of AUSA:** [signature] Robert E. Richardson

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Guido Andres Alexander Cuellar Batres

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 111(a)(1) | Assault on federal officer | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**